UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ASSOCIATION FOR ACCESSIBLE MEDICINES, | Court File No. 0:23-CV-2024 (PJS/JFD) |
| Plaintiff, | |
| vs. | **DEFENDANT'S NOTICE OF APPEAL** |
| KEITH ELLISON, in his official capacity as Attorney General of the State of Minnesota, | |
| Defendant. | |

Pursuant to Fed. R. App. P. 3(c)(1) and 4(a), notice is hereby given that Defendant Keith Ellison, Attorney General for the State of Minnesota, hereby appeals to the United States Court of Appeals for the Eighth Circuit.

The above-named party hereby appeals from the final judgment of the U.S. District Court for the District of Minnesota that was entered on December 4, 2023, (Doc. No. 43) relating to the District Court's Order of the same date, (Doc. No. 42), granting Plaintiff's motion for a preliminary injunction. (Doc. No. 14).

*Signature is on the next page.*

Dated January 2, 2024:  Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota


/s/ Nick Pladson
NICK PLADSON (0388148)
JASON PLEGGENKUHLE (0391772)
NOAH LEWELLEN (0397556)
Assistant Attorneys General

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 300-7083 (Voice)
(651) 282-5832 (Fax)
Nick.Pladson@ag.state.mn.us
Jason.Pleggenkuhle@ag.state.mn.us
Noah.Lewellen@ag.state.mn.us

ATTORNEYS FOR DEFENDANT KEITH ELLISON, ATTORNEY GENERAL OF THE STATE OF MINNESOTA