UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

ASSOCIATION FOR ACCESSIBLE
MEDICINES,

          *Plaintiff,*

v.

KEITH ELLISON,
in his official capacity as Attorney
General of the State of Minnesota,

          *Defendant.*

Case No. 23-cv-2024 (PJS/JFD)

**ORDER GRANTING STAY OF DISTRICT COURT PROCEEDINGS PENDING APPEAL**

---

Based upon their stipulation (Dkt. No. 51), the parties' request for a stay of further proceedings pending resolution of the Defendant's appeal is hereby GRANTED.

IT IS HEREBY ORDERED that:

1. This action is STAYED until the appeal has been resolved, the Eighth Circuit's mandate has issued, and the deadline for seeking Supreme Court review has expired.

2. Within one week after the deadline to seek Supreme Court review, the parties shall jointly notify the Court whether any party has filed a petition for a writ of certiorari.

3. The dates and deadlines in the Court's Order/Notice of Pretrial Conference (Dkt. No. 44) are vacated.

2

Dated: January 4, 2023

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge
